1

2

3

4

5

6

7          **UNITED STATES DISTRICT COURT**

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   KEVIN E. FIELDS,                          1:09-cv-01406-OWW-GSA-PC

11                                             ORDER GRANTING REQUEST FOR
                         Plaintiff,            VOLUNTARY DISMISSAL PURSUANT TO
12                                             RULE 41
        v.                                     (Doc. 23.)
13
     JAMES TILTON, et al.,                     ORDER DISMISSING ACTION IN ITS
14                                             ENTIRETY WITHOUT PREJUDICE

15                       Defendants.           ORDER DIRECTING CLERK TO CLOSE FILE
                                      /
16

17        Plaintiff Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the

19   complaint on August 3, 2009.  (Doc. 1.)  On February 11, 2010, the Court dismissed the

20   complaint for failure to state a claim, with leave to amend.  (Doc. 16.)  On March 16, 2010,

21   Plaintiff filed an amended complaint.  (Doc. 19.)  On April 19, 2011, the Court entered findings

22   and recommendations, recommending that this action proceed with the amended complaint, on

23   the claims found cognizable by the Court.  (Doc. 20.)  The case now proceeds on Plaintiff's

24   amended complaint filed November 23, 2009.  (Doc. 28.)  On February 12, 2010, the court

25   dismissed the amended complaint for failure to comply with Rule 8(a), with leave to amend.

26   (Doc. 29.)  On May 5, 2011, the Court granted Plaintiff an extension of time in which to file

27   objections to the findings and recommendations.  (Doc. 22.)  On May 31, 2011, Plaintiff filed a

28   notice of voluntary dismissal of this action.  (Doc. 23.)

                                             1

1

2
        In Wilson v. City of San Jose, the Ninth Circuit explained:

3
                Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss
        his action prior to service by the defendant of an answer or a motion for summary

4
        judgment.  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing
        Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir.

5
        1987)).  A plaintiff may dismiss his action so long as the plaintiff files a notice of
        dismissal prior to the defendant's service of an answer or motion for summary

6
        judgment. The dismissal is effective on filing and no court order is required.  Id.
        The plaintiff may dismiss some or all of the defendants, or some or all of his

7
        claims, through a Rule 41(a)(1) notice.  Id.; Pedrina v. Chun, 987 F.2d 608, 609-
        10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal with the court

8
        automatically terminates the action as to the defendants who are the subjects of
        the notice.  Concha, 62 F.2d at 1506.  Unless otherwise stated, the dismissal is

9
        ordinarily without prejudice to the plaintiff's right to commence another action for
        the same cause against the same defendants.  Id. (citing McKenzie v. Davenport-

10
        Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)).  Such a dismissal
        leaves the parties as though no action had been brought. Id.

11   Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  No defendant has filed an answer

12   or motion for summary judgment in this action.  Therefore, Plaintiff's request for voluntary

13   dismissal shall be granted.

14        Accordingly, IT IS HEREBY ORDERED that:

15        1.    Plaintiff's request for voluntary dismissal of this action under Rule 41 is

16              GRANTED;

17        2.    This action is DISMISSED in its entirety without prejudice; and

18        3.    The Clerk of the Court is DIRECTED to close the file in this case and adjust the

19              docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

20   IT IS SO ORDERED.

21   **Dated:    June 6, 2011**                        _____/s/ Oliver W. Wanger_____
                                                        UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28